UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § VS. § HENRY WILLIAM NUNEZ, § § Defendant. § (CA H-04-2367) § | CRIMINAL ACTION NO. H-91-176-1 |

## ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Henry William Nunez's Motion to Vacate, Set Aside or

Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and his action **DISMISSED**.

SIGNED at Houston, Texas, this 28th day of September, 2007.

Melinda Harmon
United States District Judge